Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 13-256 JAM |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) Court:  Hon. John A. Mendez<br>) Time:   9:00 a.m.<br>) Date:   March 4, 2014 |
| Mario Uriel Velazquez, | ) |
| Defendant | |

Defendant Mario Velazquez, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Justin Lee, hereby agree and stipulate that the status conference previously scheduled for January 28, 2014 be continued until March 4, 2014 at 9:45 a.m., and that date is available with the Court.  Mr. Velazquez is charged with a violation of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute and conspiracy to distribute methamphetamine and a criminal forfeiture allegation in violation of  § 853(a).

The United States provided written discovery plus approximately eight additional CD's of discovery.  Counsel has been reviewing the discovery, investigating and has met with the government.  Additional time is needed to continue discovery review, defense investigation and

negotiations with the government.  The parties therefore request that Mr. Velazquez's matter be calendared on March 4, 2014 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: January 26, 2014          Respectfully submitted,


                                 __/s/ Shari Rusk___
                                 Shari Rusk
                                 Attorney for Defendant
                                 Mario Uriel Velazquez


                                 /s/ Justin Lee
                                 Justin Lee
                                 Assistant United States Attorney


**ORDER**


    IT IS SO ORDERED.  The Court finds excludable time through March 4, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: 1/27/2014


                                 /s/ John A. Mendez_____

                                 Hon. John A. Mendez
                                 United States District Court Judge