Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Mario Uriel Velazquez,<br><br>    Defendant | Case No.: CR.S. 13-256 JAM<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Court:  Hon. John A. Mendez<br>Time:   9:45 a.m.<br>Date:   April 1, 2014 |

Defendant Mario Velazquez, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Justin Lee, hereby agree and stipulate that the status conference previously scheduled for March 4, 2014 be continued to April 1, 2014 at 9:45 a.m., and that date is available with the Court. Mr. Velazquez is charged with a violation of 21 U.S.C. §§s 841(a)(1) – possession with intent to distribute and conspiracy to distribute methamphetamine and a criminal forfeiture allegation in violation of § 853(a).

The United States provided written discovery plus approximately eight additional CD's of discovery.  Counsel has reviewed the discovery, engaged in investigation and has met with the government. The defense has provided evidence that requires additional

corroboration by the parties.  Additional time is needed to continue defense investigation and negotiations with the government.  The parties therefore request that Mr. Velazquez's matter be calendared on April 1, 2014 and that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

Dated: February 26, 2014          Respectfully submitted,


                                    __/s/ Shari Rusk___
                                    Shari Rusk
                                    Attorney for Defendant
                                    Mario Uriel Velazquez


                                    /s/ Justin Lee
                                    Justin Lee
                                    Assistant United States Attorney


**ORDER**


IT IS SO ORDERED.  The Court finds excludable time through April 1, 2014, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: 2/27/2014
                                    /s/ John A. Mendez_____
                                    Hon. John A. Mendez
                                    United States District Court Judge