Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 13-256 JAM |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) JUDGMENT & SENTENCING |
| vs. | ) Court:  Hon. John A. Mendez<br>) Time:   9:00 a.m.<br>) Date:   September 30, 2014 |
| Mario Uriel Velazquez, | ) |
| Defendant | |

Defendant Mario Velazquez, by and through his undersigned counsel and the United States Government, by and through Assistant United States Attorney Justin Lee, hereby agree and stipulate that the judgment & sentencing previously scheduled for September 16, 2014 be continued to September 30, 2014 and that date is available with the Court.  The parties therefore respectfully request this matter be calendared for September 30, 2014 for judgment & sentencing.

Dated: September 3, 2014          Respectfully submitted,


                                  __/s/ Shari Rusk___
                                  Shari Rusk
                                  Attorney for Defendant
                                  Mario Uriel Velazquez

-1-

                    /s/ Justin Lee
<u>                    </u>
Justin Lee
Assistant United States Attorney

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED: September 3, 2014

                    /s/ John A. Mendez
Hon. John A. Mendez
United States District Court

-2-